# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LEONTE DEJUAN MACKLIN                                                                    PLAINTIFF
#43185

V.                                 No. 3:19CV00108-BSM-JTR

CRAIGHEAD COUNTY
DETENTION CENTER                                                                         DEFENDANT

## ORDER

Plaintiff Leonte Dejuan Macklin ("Macklin") will be provided one final opportunity to file an Amended Complaint, as directed by the Court's April 19, 2019 Order. The Clerk is directed to send Macklin another copy of the Court's Order (*Doc. 3*). Macklin is ordered to file his Amended Complaint **by June 13, 2019.** If he does not timely and properly do so, this case will be dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED this 29th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE